**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| PHILIP ROGERS, CAROL MARIN, ALISON FLOWERS, ROBIN AMER, LINDSEY DORCUS, YOHANCE LACOUR, and VICTORIA NASSIF, each individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NVIDIA CORPORATION, a Delaware corporation, <br><br> Defendant. | Case No. 1:26-cv-05478 <br><br> Hon. Thomas M. Durkin |

**DEFENDANT NVIDIA CORPORATION'S UNOPPOSED MOTION
FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendant NVIDIA Corporation ("NVIDIA"), by and through its undersigned counsel, hereby moves this Court for a 60-day extension of time to Friday, August 21, 2026, to respond to Plaintiffs' Complaint. In support of this unopposed motion, NVIDIA states as follows:

1. Plaintiffs filed the Complaint against NVIDIA on May 12, 2026. ECF No. 1.

2. NVIDIA was served with the Complaint on May 29, 2026. ECF No. 6. Accordingly, NVIDIA's responsive pleading is currently due on June 22, 2026. *See id.*

3. NVIDIA and its counsel are in the process of investigating Plaintiffs' claims and NVIDIA's defenses. Counsel was recently retained and requires additional time to investigate Plaintiffs' allegations and prepare the appropriate responsive pleading to the nine causes of action in the 235-paragraph, 103-page Complaint.

4. This is the first request for an extension of time by NVIDIA.

1

6223751

5. Under the current schedule, the parties are required to file a joint status report by July 30, 2026. ECF No. 5. NVIDIA requests that the Court vacate this deadline and reset the deadline to a date after the proposed August 21, 2026 response deadline.

6. NVIDIA's counsel contacted Plaintiffs' counsel and confirmed that Plaintiffs have no objection to the requested relief.

7. NVIDIA does not bring this motion for purposes of undue delay, and no party will be prejudiced by granting the relief sought.

**WHEREFORE**, NVIDIA respectfully requests that the Court grant its motion and enter an order (1) extending NVIDIA's time to respond to Plaintiffs' Complaint to Friday, August 21, 2026, and (2) vacating the July 30, 2026 deadline for the parties to file a joint status report and resetting it to a date at the Court's convenience after August 21, 2026.

Respectfully submitted,

KEKER, VAN NEST & PETERS LLP

Dated:  June 9, 2026

By:  */s/ Ryan Hayward*
RYAN J. HAYWARD
rhayward@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

Attorney for Defendant NVIDIA
CORPORATION

2

6223751

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that on June 9, 2026, I electronically filed this document with the Clerk of Court via the Court's CM/ECF system which will send notification of such filing to all counsel of record, all of whom have consented to electronic service in this action.

*/s/ Ryan J. Hayward*
RYAN J. HAYWARD

6223751