**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Philip Rogers, et al.

                         Plaintiff,

v.                                                    Case No.: 1:26–cv–05478
                                                      Honorable Thomas M. Durkin

Nvidia Corporation

                         Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 16, 2026:

     MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion for leave to file excess pages [23] is granted. NVIDIA may file a brief in support of its motion to dismiss not to exceed 25 pages. Plaintiffs may file a brief in opposition to NVIDIA's motion to dismiss not to exceed 25 pages. NVIDIA may file a reply brief in support of its motion to dismiss not to exceed 15 pages. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.