IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| PHILIP ROGERS, CAROL MARIN, ALISON FLOWERS, ROBIN AMER, LINDSEY DORCUS, YOHANCE LACOUR, and VICTORIA NASSIF, each individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 1:26-cv-05478<br><br>Hon. Thomas M. Durkin |

**DEFENDANT NVIDIA CORPORATION'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant NVIDIA Corporation ("NVIDIA"), by and through its undersigned counsel, hereby respectfully moves to dismiss the complaint (Dkt. 1). In support, NVIDIA files, and incorporates as though fully set forth herein, the accompanying memorandum of law.

Dated: August 21, 2026

Respectfully submitted,
KEKER, VAN NEST & PETERS LLP

By: */s/ Sharif E. Jacob*

SHARIF E. JACOB (*pro hac vice*)
sjacob@keker.com
KATIE LYNN JOYCE (*pro hac vice*)
kjoyce@keker.com
CHRISTINA LEE (*pro hac vice*)
clee@keker.com
SARAH SALOMON (*pro hac vice*)
ssalomon@keker.com
NIALL M. FRIZZELL (*pro hac vice*)
nfrizzell@keker.com
RYAN J. HAYWARD
rhayward@keker.com
STEPHANIE J. GOLDBERG (*pro hac vice*)
sgoldberg@keker.com
ANDREW S. GOVE (*pro hac vice*)
agove@keker.com
AMOS JB ESPELAND (*pro hac vice*)
aespeland@keker.com
CARLOS C. MARTINEZ (*pro hac vice*)
cmartinez@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

MASSEY & GAIL LLP

SUYASH AGRAWAL
sagrawal@masseygail.com
CONSTANCE GRIEVES
cgrieves@masseygail.com
50 East Washington Street, Suite 400
Chicago, IL 60602
Telephone: 312 283 1590
Facsimile: 312 379 0467

Attorneys for Defendant NVIDIA CORPORATION