**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Philip Rogers, et al.
Plaintiff,
v.
Nvidia Corporation
Defendant.

Case No.: 1:26−cv−05478
Honorable Thomas M. Durkin

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 24, 2026:

MINUTE entry before the Honorable Thomas M. Durkin: The Court adopts the following agreed briefing schedule as to the motion to dismiss [30]: Plaintiffs' response brief is due by 9/25/2026; NVIDIA's reply brief is due by 10/16/2026. The Court adopts the following agreed briefing schedule as to the motion to stay discovery [32]: Plaintiffs' response brief is due by 9/11/2026; NVIDIA's reply brief is due by 9/21/2026. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.